IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 06-cr-00341-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Marquise D. Harris, a/k/a Marques D. Harris,

    Defendant.

---

# ORDER CONCERNING DISCLOSURE OF GRAND JURY MATERIALS

THIS MATTER comes before the Court on the Defendant's Motion for Release of Grand Jury Transcripts filed on or about November 17, 2006. Upon consideration of the motion, it is

**ORDERED as follows:**

1. Pursuant to Rule 6(e)(3)(E)(i), the Government may disclose grand jury materials to defense counsel.

2. To protect grand jury secrecy, defense counsel shall make only such copies as are necessary to prepare a defense of this criminal case. Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery. Defense counsel shall also deliver a copy of this order with the materials. <u>No person, other than defense counsel, shall make any copy of these materials for any other purpose whatsoever.</u> At the conclusion of the case in this court, by entry of the court's judgment, counsel shall, within ten days, collect all such copies

and return them to the Government.

3. Copies of grand jury materials may be used only in connection with this criminal proceeding, and any further dissemination or use is prohibited.

Dated this 29th day of November, 2006.

BY THE COURT:

WALKER D. MILLER
United States District Judge