IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 06-cr-00341-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Marquise D. Harris, a/k/a Marques D. Harris,

    Defendant.

## ORDER RE MOTION FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM IN FORMA PAUPERIS AND/OR IN THE ALTERNATIVE FOR A SUBPOENA TO APPEAR AT THE MOTIONS HEARING AND TRIAL

**THIS MATTER** comes before the Court upon the Defendant, Marquise D. Harris' Motion for Writ of Habeas Corpus Ad Testificandum in Forma Pauperis and/or in the Alternative for a Subpoena to Appear at the Motions Hearing. Having reviewed Defendant, Marquise Harris' Motion, and being otherwise fully advised in the premises, the Court finds that Defendant's Motion should be, and hereby is, **GRANTED.**

**THE COURT FURTHER ORDERS, that** the Clerk of this Court shall issue the Writ of Habeas Corpus Ad Testificandum and that the United States Bureau of Prisons, United States Marshall's service, and/or the appropriate state and local jail or jails, including Columbia County Sheriff's Detention Center, 82 Columbia 300, Magnolia, Arkansas, shall deliver Stephanie Jo Wallace a/k/a Stephanie J. Bird to the United States District Court for the District of Colorado or United States Marshal's service to testify at

the motions hearing on May 17, 2007 at 9:00 a.m. and for the trial scheduled for June 4, 2007 through June 6, 2007 at 8:30 a.m.

**THE COURT FURTHER ORDERS, that** the United States Marshal's office shall make all necessary transportation arrangements and pay for transportation costs as well as the funds necessary for the witness to voluntarily travel to Colorado to testify at either or both hearings, for funds to return to Arkansas and for reasonable funds for food and lodging.

SO ORDERED this 14th day of March, 2007.

BY THE COURT:

United States District Court Judge