IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  06-cr-00341-WDM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MARQUISE D. HARRIS,

     Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

     The following Minute Order is entered by Judge Walker D. Miller:

     Defendant's motion for release of obligation under subpoena and subpoena duces tecum is granted.

Dated:  May 21, 2007

                          s/ Jane Trexler, Judicial Assistant