IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00341-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARQUISE D. HARRIS

    Defendant.

## ORDER FOR SERVICE OF SUBPOENA DUCES TECUM IN FORMA PAUPERIS

This matter came to the attention of the Court on the Motion of the Defendant for an Order that a Subpoena Duces Tecum be issued in Forma Pauperis. After due consideration of said Motion, it is hereby

ORDERED that the motion be granted and that the Clerk of Court issue a subpoena returnable on October 31, 2007 at 11:30 a.m. to the Courtroom of the Honorable Craig B. Shaffer (Courtroom 402) for the appearance of the witness named as follows:

Custodian of Records of Aurora Police Department

15001 East Alameda Parkway, Aurora, CO. 80012

IT IS FURTHER ORDERED that the U.S. Marshal make service of said subpoena on witness without the prepayment of the fees and that the witness fees, mileage and subsistence of said witnesses be paid by the U.S. Marshal and taxed as costs in favor of the United States.

DATED at Denver, Colorado this 24th day of October, 2007.

BY THE COURT:

Judge, United States District Court