UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Craig B. Shaffer<br>United States Magistrate Judge | Tracey Lee<br>Deputy Clerk |
| Case Number: 06-cr-00341-WDM | FTR CBS AM |

October 31, 2007

| | |
|---|---|
| UNITED STATES OF AMERICA | Roxane Perruso |
| v. | |
| MARQUISE HARRIS | Ronald Gainor |

### SUBPOENA RETURN AND MOTION FOR RECONSIDERATION [157]

Court in Session: 11:49 am

Court calls case and appearances of counsel.

Assistant City Attorney for Aurora, Dana Spade appears on the subpoena duces tecum.

Discussion with parties re: in camera review. Court determines and counsel agrees that an in camera review is not needed at this time.

Discussion regarding motion to reconsider [157].

**ORDERED:** Motion [157] for reconsideration is DENIED.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

Court in recess: 12:01 pm

Total time in court: 12 minutes

Hearing concluded.