| | |
|---|---|
| Michael J. Watanabe<br>United States Magistrate Judge | Tracey Lee<br>Deputy Clerk |
| Case Number: 06-cr-00341-WDM | FTR MJW PM |
| December 7, 2007 | |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARQUISE HARRIS | Roxane Perruso and<br>Suneeta Hazra<br><br><br>Ron Gainor |

## MOTION HEARING  [ 193 ]

Court in Session: 3:15 pm

Court calls case and appearances of counsel.

Katrina Devine is present from pre-trial services.

Defense counsel addresses the court.

Government addresses the court.

Court presents findings.

Court finds that there are no conditions or combinations that can assure the defendant's appearance in court or the safety of the community.

**ORDERED:** Motion [193 ] is DENIED.

Defendant addresses the court.

**ORDERED:** Defendant detained pending further proceedings.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

Court in recess: 3:41 pm

Total time in court: 21 minutes

Hearing concluded.